# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

THEODORE W. SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0394

———————————————

May 1, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Teri Kaklis Dees, Judge.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.